JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
TRAVIS ANNATOYN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5243 (tel)
(202) 305-0275 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION, <br><br> Plaintiffs, <br> vs. <br><br> U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and S.M.R. JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br> Defendants. | Case No. 9:14-cv-192-DLC <br><br> **JOINT MOTION TO CONTINUE STAY** |

On May 19, 2015, the Court stayed proceedings in this matter until March 7, 2016, and ordered the parties to submit status reports or briefing schedules on that date. ECF No. 50. Plaintiffs and Defendants agree that any status reports or briefing schedules submitted in response to the Court's order would benefit from additional conference between the parties. Accordingly, the parties respectfully and jointly request that the Court continue its stay in this matter for an additional seven days. Should the Court grant this motion, the parties will submit status reports and/or proposed briefing schedules by March 14, 2016.

Dated: March 4, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

/s/ *Travis J. Annatoyn*
TRAVIS J. ANNATOYN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-5243
Facsimile: (202) 305-0275

*Attorneys for Defendants*

/s/ *John Meyer*____
JOHN MEYER, Staff Attorney
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
jmeyer@wildearthguardians.org
(406) 546-0149

*Counsel for Plaintiffs*