JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
TRAVIS ANNATOYN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5243 (tel)
(202) 305-0275 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>      Plaintiffs,<br>vs.<br><br>U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and S.M.R. JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>      Defendants. | Case No. 9:14-cv-192-DLC<br><br>**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY** |

Pursuant to the parties' motion of March 4, 2016, and the Court's order of March 10, 2016, the parties provide the following status report and joint motion to continue the stay of proceedings in this matter. The parties are currently contemplating stipulating to the dismissal of this action on or before March 16, 2016, pursuant to Federal Rule of Civil Procedure 41 and pending the preparation of said stipulation. Without waiving any claim or defense, the parties respectfully request that the Court continue the stay in this matter an additional two days to facilitate negotiations. On March 16, 2016, the parties shall provide a status report or propose any necessary briefing schedules.

Dated: March 14, 2016

        Respectfully submitted,

        JOHN C. CRUDEN
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        SETH M. BARSKY, Chief
        S. JAY GOVINDAN, Assistant Chief

        /s/ *Travis J. Annatoyn*
        TRAVIS J. ANNATOYN, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 514-5243
        Facsimile: (202) 305-0275

        *Attorneys for Defendants*

/s/ *John Meyer*____
JOHN MEYER, Staff Attorney
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
jmeyer@wildearthguardians.org
(406) 546-0149

*Counsel for Plaintiffs*