IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>    Plaintiffs,<br>vs.<br><br>U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and S.M.R. JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>    Defendants. | Case No. 9:14-cv-192-DLC<br><br>**MOTION FOR VOLUNTARY DISMISSAL** |

For the reasons set forth in the parties' previous filings, in recognition of the attached declaration, and in the interest of judicial economy, Plaintiffs hereby request that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Counsel for Defendants has indicated that Defendants do not oppose this motion.[1]

---

[1] Defendants do not join this motion because the proper vehicle for voluntary dismissal in this matter is Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In the interest of judicial economy, however, Defendants do not oppose Plaintiffs' motion.

Dated: March 16, 2016

                          Respectfully submitted,

                          /s/ *John Meyer*____
                          JOHN MEYER, Staff Attorney
                          WildEarth Guardians
                          P.O. Box 7516
                          Missoula, MT 59807
                          jmeyer@wildearthguardians.org
                          (406) 546-0149

                          *Counsel for Plaintiffs*

**Author**
**Deleted:** STIPULATION OF DISMISSAL