IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>  Plaintiffs,<br> vs.<br><br>U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and S.M.R. JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>  Defendants. | Case No. 9:14-cv-192-DLC<br><br>ORDER |

  Plaintiffs filed an unopposed motion to voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(2) on March 16, 2016.  For the reasons set forth in the parties' previous filings, in recognition of the attached declaration, the interest of judicial economy, and good cause appearing.

  IT IS ORDERED that the motion is granted.

  Dated this 16th Day of March, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court