IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and S.M.R. JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>Defendants. | CV 14–192–M–DLC<br><br><br>ORDER |

Plaintiffs filed an unopposed motion to voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(2) on March 16, 2016. Considering the record in this case and the declaration accompanying the motion,

IT IS ORDERED that the motion (Doc. 55) is GRANTED and this action is DISMISSED. All deadlines are VACATED and any pending motions are

1

DENIED as moot.

Dated this 16th day of March, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court