Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 10:30 AM
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US DEPT. OF INTERIOR
SECRETARY SALLY JEWELL
1849 C ST NW
WASHINGTON DC 20240-0001
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.10 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z5977030159533725
SHIPMENT ID: MMGZ1F00JJ7N7
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| NEXT DAY AIR COM | $37.40 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $3.93 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $41.53 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMGZ1F00JJ7N7

Powered by iShip(r)
06/25/2014 03:18 PM Pacific Time N

The UPS Store

---

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 10:30 AM
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US FISH AND WILDLIFE SERVICE
1387 S VINNELL WAY
BOISE ID 83709-1657
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.10 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z5977030192868810
SHIPMENT ID: MMGZ1F000JDZW
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| NEXT DAY AIR COM | $26.45 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $2.78 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $29.43 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMGZ1F000JDZW

Powered by iShip(r)
06/25/2014 03:22 PM Pacific Time N

The UPS Store

---

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 EOD
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US SHEEP EXPERIMENT STATION
19 OFFICE LOOP
DUBOIS ID 83423-5032
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.10 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z5977030159536366
SHIPMENT ID: MMGZ1F0PAVSSC
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| NEXT DAY AIR COM | $26.45 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $3.20 |
| DELIVERY AREA SURCHARGE | $4.00 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $33.85 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMGZ1F0PAVSSC

Powered by iShip(r)
06/25/2014 03:25 PM Pacific Time N

The UPS Store

---

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 10:30 AM
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US DEPT. OF JUSTICE
ERIC HOLDER, ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.10 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z5977030159531969
SHIPMENT ID: MMGZ1F0G4MJBM
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| NEXT DAY AIR COM | $37.40 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $3.93 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $41.53 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

---

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 EOD
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US CIVIL PROESS CLERK
US ATTORNEY'S OFFICE
2929 3RD AVE N
BILLINGS MT 59101-1944
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL,
0.10 LBS ACTUAL WT
1.00 LBS BILLABLE WT
DIMS: 8.00X12.00X1.00

TRACKING NUMBER: 1Z5977030359531081
SHIPMENT ID: MMGZ1F0QYK53T
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| GROUND COMMERCIAL | $8.50 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $0.64 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $9.34 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

---

Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, JUN 25, 2014

EXPECTED DELIVERY DATE:
THUR, JUN 26, 2014 10:30 AM
SHIP FROM:
COTTONWOOD ENVIRONMENTAL LAW CENTER
24 S WILLSON
STE 6 & 7
BOZEMAN MT 59715

(406) 546-0149

SHIP TO:
US DEPT. OF AGRICULTURE
DR. ANDREW C. HAMMOND
800 BUCHANAN ST
ALBANY CA 94710-1105
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #2007
BOZEMAN,MT 59715-4011
(406) 585-8000

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.05 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z5977030192866170
SHIPMENT ID: MMGZ1F036BKKQ
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| NEXT DAY AIR COM | $33.20 |
| SERVICE OPTIONS | $0.00 |
| FUEL SURCHARGE | $3.49 |
| CMS PROCESSING FEE | $0.20 |
| TOTAL | $36.89 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS

