IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; and GALLATIN WILDLIFE ASSOCIATION,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. SHEEP EXPERIMENTAL STATION; AGRICULTURAL RESEARCH SERVICE; U.S. FISH AND WILDLIFE SERVICE; and SALLY JEWELL, in her official capacity as Secretary of the Interior,<br><br>　　　　　　　Defendants. | CV 14-192-M-DLC<br><br><br>ORDER |

On September 12, 2016, Defendants filed an unopposed motion seeking relief from the Court's Order entered August 22, 2016, requiring that counsel must "ensure that <u>all named parties with ultimate settlement authority</u> in this case <u>are present in person</u> at the settlement conference." Doc. 75 at 2. Good cause having been shown, Defendants' motion is GRANTED. Defendants may be represented at the September 20, 2016 settlement conference by trial counsel.

DATED this 13th day of September, 2016.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge